IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| | ) | |
| STANLEY GENE RILEY | ) | CASE NO. 18-62379-WLH |
| | ) | |
| Debtor. | ) | |

## MOTION TO IMPOSE AUTOMATIC STAY

COME NOW Debtor, STANLEY GENE RILEY, and asks this Court to impose the automatic stay of 11 U.S.C. Section 362(a) in this Chapter 13 Bankruptcy Case against all Creditors and show the Court the following:

1.

On July 27, 2018, Debtor filed a Voluntary Petition for Bankruptcy relief under Title 11, Chapter 13 of the United States Code.

2.

Debtor has filed three previous Chapter 13 bankruptcy cases, bringing it within 11 U.S.C. Section 362(c)(3). Case No. 16-58296 was filed on May 10, 2016 and dismissed on November 29, 2017 (the "First Case"), Case No. 17-69541 was filed on November 7, 2017 and was dismissed on December 14, 2017 (the "Second Case") and Case No. 17-71878 was filed on December 21, 2017 and was dismissed on April 26, 2018.

3.

Debtor's First Case was dismissed for failure to make Chapter 13 plan payments. Debtor's Second Case was dismissed for failure to file information. Debtor's Third Case was dismissed at confirmation because all objections to confirmation had not been resolved.

Debtor's First Case was dismissed for failure to make Chapter 13 plan payments because Debtor had some employment issues and had to find a new job. Debtor filed the Second Case pro se and was ultimately dismissed for failure to file the necessary Chapter 13 Plan and schedules. Debtor mistakenly filed the Second Case while his First Case was still pending. Debtor's Third Case was dismissed because all objections to confirmation had not been resolved because Debtor attempted to make a mortgage payment but the payment was not accepted by his mortgage company because the loan was under consideration for a loan modification. Debtor understands that unless and until he has been approved for a loan modification, he must make his mortgage payment each month.

4.

In the instant case Debtor is operating two different businesses and is also looking for full time employment as a truck driver. Debtor is able to propose a feasible Chapter 13 Plan payment that will allow Debtor to pay both his Chapter 13 Plan payments and ongoing monthly living expenses.

5.

Debtor has filed the instant case in good faith to prevent a foreclosure on his house and to address his taxes, vehicle and other debts as well. Debtor asks the Court to find that the presumption that the instant case was not filed in good faith has been rebutted by clear and convincing evidence, as outlined above, and impose the automatic stay. Debtor asks the Court to allow him the opportunity to be successful in his current Chapter 13 case.

WHEREFORE, Debtor prays that this motion be granted and that the automatic stay of 11 U.S.C. Section 362(a) be imposed against all creditors.

Dated this 27th day of July, 2018.

Respectfully Submitted,

\_\_\_/s/_____
Howard Slomka
Georgia Bar # 652875
Slipakoff and Slomka, P.C.
Attorney for Debtor
2859 Paces Ferry Road, SE,
Suite 1700
Atlanta, GA 30339

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| | ) | |
| STANLEY GENE RILEY | ) | CASE NO. 18-62379-WLH |
| | ) | |
| Debtor. | ) | |

## CERTIFICATE OF SERVICE

I, Howard Slomka, attorney for Debtor, certify that the below listed parties and the attached service list have been served with a true and correct copy of the attached pleadings by placing a copy of same in a properly addressed envelope with adequate postage thereon and deposited in the United States Mail.

Nancy J. Whaley, 13 Trustee (served via ECF)
Suite 120
303 Peachtree Center Avenue
Atlanta, GA 30303

Stanley Gene Riley
2873 Collier Dr. NW
Atlanta, GA 30318

Quantum3 Group LLC as agent for
Sterling Jewelers Inc
PO Box 788
Kirkland, WA 98083-0788
Attn: Neville Strandberg

Department of the Treasury
Internal Revenue Service
P.O. Box 7346
Philadelphia PA 19101-7346

INTERNAL REVENUE SERVICE
401 W PEACHTREE ST, NW
RM 1665, STOP 334-D
ATLANTA GA 30308
ATTN: OLGUIMAR GARCIA

Credit First NA
PO Box 818011
Cleveland, OH 44181

Credit First NA
6275 Eastland Rd
Brook Park, OH 44142
Attn: Linda Waldrop

Capital One NA
c/o Becket and Lee LLP
PO Box 3001
Malvern PA 19355-0701
Attn: Shraddha Bharatia

U.S. Bank National Association
Nationstar Mortgage LLC
PO Box 619096
Dallas, TX 75261-9741

Aldridge Pite, LLP
4375 Jutland Drive
Suite 200 P.O. Box 17933
San Diego, CA 92177-0933
Attn: Aaron R. Anglin

Aldridge Pite, LLP
3575 Piedmont Road, N.E.
Suite 500
Atlanta GA 30305
Attn: Bryce Noel, Brian K. Jordan and Radha Gordon

Navient Solutions, Inc. on behalf of
Department of Education Loan Services
PO BOX 9635
Wilkes-Barre, PA 18773-9635

Navient Solutions, Inc.
220 Lasley Ave
Wilkes-Barre, PA 18706
Attn: Jennifer R Musial and Thomas Nallon

Wells Fargo Bank
PO Box 5058 MAC P6053-021
Portland, OR 97208
Attn: Selina Tu

JEFFERSON CAPITAL SYSTEMS LLC
PO Box 7999
St Cloud MN 56302
Attn: Karen Borgmann and Shelbey Jurek

Nationstar Mortgage LLC
c/o McCALLA RAYMER PIERCE, LLC
Bankruptcy Department
1544 Old Alabama Road
Roswell, GA 30076
Attn: A. Michelle Hart Ippoliti

Quantum3 Group LLC as agent for
Sadino Funding LLC
PO Box 788
Kirkland, WA 98083-0788
Attn: Fran Rosello and Kayla Klabunde

Fulton County Tax Commissioner
141 Pryor Street, Suite 1111
Atlanta, GA 30303
Attn: D. Pitts

INVESTA SERVICES FOR GSRAN-Z, LLC
1266 WEST PACES FERRY RD
BOX 517
ATLANTA, GA 30327
ATTN: JOHN E. RAMSEY

Ashley Funding Services, LLC
Laboratory Corp. of America Holdings
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587
Attn: Deanna Gambrell

TitleMax of Georgia, Inc. d/b/a TitleBucks
15 Bull Street, Suite 200
Savannah, GA 31401
Attn: Ebony Thomas

Synchrony Bank
c/o PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541

INVESTA SERVICES FOR GSRAN-Z, LLC
c/o The McDeer Firm
4355 Cobb Parkway, Suite J-505
Atlanta, GA 30339
Attn: John E. Ramsey and Alice S. McQuade

Nationstar Mortgage LLC
c/o RAS Crane, LLC
10700 Abbott's Bridge Road, Suite 170
Duluth, GA 30097
Attn: Cristina DiGiannantonio

SEE ATTACHED FOR ADDITIONAL CREDITORS

Dated: July 27, 2018

_____/s/_____
Howard Slomka
Georgia Bar # 652875
Slipakoff and Slomka, P.C.
Attorney for Debtor
2859 Paces Ferry Road, SE
Suite 1700
Atlanta, GA 30339

Label Matrix for local noticing
113E-1
Case 18-62379-wlh
Northern District of Georgia
Atlanta
Fri Jul 27 10:37:07 EDT 2018

Bridgecrest
PO Box 29018
Phoenix, AZ 85038-9018

Capital One NA
c/o Becket and Lee LLP
PO Box 3001
Malvern, PA 19355-0701

Credit First
PO Box 81315
Cleveland, OH 44181-0315

Dept Of Ed/navient
Po Box 9635
Wilkes Barre, PA 18773-9635

Enhanced Recovery Co L
8014 Bayberry Rd
Jacksonville, FL 32256-7412

Frankie Riley
600 West Handy Drive NW
Atlanta, GA 30318-7251

Fulton County Tax Commissioner
141 Pryor Street
Atlanta, GA 30303-3446

(p)GEORGIA DEPARTMENT OF REVENUE
COMPLIANCE DIVISION
ARCS BANKRUPTCY
1800 CENTURY BLVD NE SUITE 9100
ATLANTA GA 30345-3202

Havertys Furniture
PO Box 5787
Chattanooga, TN 37406-0787

IRS
401 W Peachtree Street NW
Atlanta, GA 30308

Kay Jewelers
375 Ghent Rd
Fairlawn, OH 44333-4600

Kohls/Capital One
PO Box 3115
Milwaukee, WI 53201-3115

National Credit Adjuster
327 W 4th Avenue
Hutchinson, KS 67501-4842

Nationstar/mr Cooper
8950 Cypress Waters Blvd
Coppell, TX 75019-4620

Quantam 3 Group, LLC
PO Box 788
Kirkland, WA 98083-0788

Stanley Gene Riley
600 West Handy Drive NW
Atlanta, GA 30318-7251

Howard P. Slomka
Slipakoff & Slomka, PC
Overlook III - Suite 1700
2859 Paces Ferry Rd, SE
Atlanta, GA 30339-6213

(p)SPRINGLEAF FINANCIAL SERVICES
P O BOX 3251
EVANSVILLE IN 47731-3251

Syncb/Sams
PO Box 965005
Orlando, FL 32896-5005

Syncb/care Credit
C/o Po Box 965036
Orlando, FL 32896-0001

Syncb/jcp
Po Box 965007
Orlando, FL 32896-5007

(p)TMX FINANCE LLC FORMERLY TITLEMAX
15 BULL STREET
SUITE 200
SAVANNAH GA 31401-2686

Vesta Holdings, LLC
1266 West Paces Ferry Rd
Suite 517
Atlanta, GA 30327-2306

Vistuoso Sourcing Group
4500 Cherry Creek South Dr.
Denver, CO 80246-1500

WF Financial
PO Box 29704
Phoenix, AZ 85038-9704

Wells Fargo
PO Box 5058
Portland, OR 97208-5058

Nancy J. Whaley
Nancy J. Whaley, Standing Ch. 13 Trustee
303 Peachtree Center Avenue
Suite 120, Suntrust Garden Plaza
Atlanta, GA 30303-1216

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Georgia Department of Revenue
1800 Century Blvd
Suite 17200
Atlanta, GA 30345

Springleaf Financial S
Po Box 969
Evansville, IN 47706

Title Bucks
15 Bull Street
Suite 200
Savannah, GA 31401

End of Label Matrix
Mailable recipients    27
Bypassed recipients     0
Total                  27