IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO.: 18-62379-WLH |
| | ) | |
| STANLEY GENE RILEY | ) | |
| | ) | CHAPTER 13 |
| Debtor. | ) | |

MOTION FOR EMERGENCY HEARING ON
DEBTOR'S MOTION TO IMPOSE AUTOMATIC STAY

Comes now the above Debtor, STANLEY GENE RILEY, herein moves this Honorable Court to grant an emergency hearing on Debtor's Motion to Impose Automatic Stay which was filed on July 27, 2018 (Doc. No. 8).

1.

This case was filed voluntarily under Chapter 13 of the Bankruptcy Code on July 27, 2018. Debtor's Chapter 13 case has not yet been confirmed.

2.

Debtor has filed this Motion for Emergency Hearing on his Motion to Impose Automatic Stay because Debtor's home is scheduled for a foreclosure sale on August 7, 2018. Debtor requests that an emergency hearing be held on his Motion to Impose Automatic Stay so Debtor can request that the automatic stay be imposed to prevent a foreclosure of his home and to allow him to pay his mortgage arrears through his Chapter 13 Plan.

WHEREFORE, the Debtor prays that an emergency hearing be held on the pending Motion to Impose Automatic Stay.

This 27th day of July, 2018

/s/
---
Howard Slomka
Georgia Bar # 652875
Slipakoff and Slomka, P.C.
Attorney for Debtor
2859 Paces Ferry Road, SE
Suite 1700
Atlanta, GA 30339
Tel. 404-800-4001

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN RE:                                       )    CASE NO.: 18-62379-WLH
                                             )
STANLEY GENE RILEY                           )
                                             )    CHAPTER 13
             Debtor.                         )

## CERTIFICATE OF SERVICE

This is to certify that I have this day served a copy of the within and foregoing MOTION FOR EMERGENCY HEARING ON DEBTOR'S MOTION TO IMPOSE AUTOMATIC STAY in the above styled case by fax, email and/or depositing same in the United States mail with the adequate postage affixed thereto to insure delivery addressed as follows:

Nancy J. Whaley, 13 Trustee (served via ECF)
Suite 120
303 Peachtree Center Avenue
Atlanta, GA 30303

U. S. Attorney (served via ECF)
600 Richard B. Russell Bldg.
75 Ted Turner Drive, SW
Atlanta GA 30303

Stanley Gene Riley
2873 Collier Dr. NW
Atlanta, GA 30318
(stanriley41@yahoo.com)

Quantum3 Group LLC as agent for
Sterling Jewelers Inc
PO Box 788
Kirkland, WA 98083-0788
Attn: Neville Strandberg
(claims@quantum3group.com)

Department of the Treasury
Internal Revenue Service
P.O. Box 7346
Philadelphia PA 19101-7346
(served via fax at 855-814-0583 and 855-821-1194)

Internal Revenue Service
401 W PEACHTREE ST, NW
RM 1665, STOP 334-D
ATLANTA GA 30308
ATTN: OLGUIMAR GARCIA
(served via fax at 855-814-0583 and 855-821-1194)

Credit First NA
PO Box 818011
Cleveland, OH 44181
(waldroplinda@cfna.com)

Credit First NA
6275 Eastland Rd
Brook Park, OH 44142
Attn: Linda Waldrop
(waldroplinda@cfna.com)

Capital One NA
c/o Becket and Lee LLP
PO Box 3001
Malvern PA 19355-0701
Attn: Shraddha Bharatia
(proofofclaim@becket-lee.com)

U.S. Bank National Association
c/o Nationstar Mortgage LLC
PO Box 619096
Dallas, TX 75261-9741
(served Via Fax at 972-459-1611)

Aldridge Pite, LLP
4375 Jutland Drive
Suite 200 P.O. Box 17933
San Diego, CA 92177-0933
Attn: Aaron R. Anglin
(Via fax at (888) 873-6147; email at aanglin@aldridgepite.com)

Aldridge Pite, LLP
3575 Piedmont Road, N.E.
Suite 500
Atlanta GA 30305
Attn: Bryce Noel, Brian K. Jordan and Radha Gordon
(Via fax at (888) 873-6147; email at rgordon@aldridgepite.com; bnoel@aldridgepite.com
and bjordan@aldridgepite.com)

Navient Solutions, Inc. on behalf of
Department of Education Loan Services
PO BOX 9635
Wilkes-Barre, PA 18773-9635
(Via Fax at 855-281-1771 and 800-848-1949; email POC_requests@navient.com)

Navient Solutions, Inc.
220 Lasley Ave
Wilkes-Barre, PA 18706
Attn: Jennifer R Musial and Thomas Nallon
(Via Fax at 855-281-1771 and 800-848-1949; email POC_requests@navient.com)

Wells Fargo Bank
PO Box 5058 MAC P6053-021
Portland, OR 97208
Attn: Selina Tu
(served via email at HEQBANKRUPTCYCH13@wellsfargo.com)

JEFFERSON CAPITAL SYSTEMS LLC
PO Box 7999
St Cloud MN 56302
Attn: Karen Borgmann and Shelbey Jurek
(Bankruptcy@JCAP.com)

Nationstar Mortgage LLC
c/o McCALLA RAYMER PIERCE, LLC
Bankruptcy Department
1544 Old Alabama Road
Roswell, GA 30076
Attn: A. Michelle Hart Ippoliti
(Michelle.Ippoliti@mccalla.com)

Quantum3 Group LLC as agent for
Sadino Funding LLC
PO Box 788
Kirkland, WA 98083-0788
Attn: Fran Rosello and Kayla Klabunde
(claims@quantum3group.com)

Fulton County Tax Commissioner
141 Pryor Street, Suite 1111
Atlanta, GA 30303
Attn: D. Pitts
(Via Fax at 404-612-3161)

INVESTA SERVICES FOR GSRAN-Z, LLC
1266 WEST PACES FERRY RD
BOX 517
ATLANTA, GA 30327
ATTN: JOHN E. RAMSEY
(ramsey@investaservices.com)

Ashley Funding Services, LLC
Laboratory Corp. of America Holdings
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587
Attn: Deanna Gambrell
(askbk@resurgent.com)

TitleMax of Georgia, Inc. d/b/a TitleBucks
15 Bull Street, Suite 200
Savannah, GA 31401
Attn: Ebony Thomas
(bankruptcy@titlemax.com)

Synchrony Bank
c/o PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541
(Via fax at (757) 351-3257; email claims@recoverycorp.com)

INVESTA SERVICES FOR GSRAN-Z, LLC
c/o The McDeer Firm
4355 Cobb Parkway, Suite J-505
Atlanta, GA 30339
Attn: John E. Ramsey and Alice S. McQuade
(ramsey@investaservices.com and alicemcquade@investaservices.com)

Nationstar Mortgage LLC
c/o RAS Crane, LLC
10700 Abbott's Bridge Road, Suite 170
Duluth, GA 30097
Attn: Cristina DiGiannantonio
(cdigiannantonio@rascrane.com)


SEE ATTACHED. ALL OTHER CREDITORS WERE SERVED EITHER VIA FAX
OR EMAIL AS INDICATED

This 27th day of July, 2018

/s/ _____
Howard Slomka
Georgia Bar # 652875
Slipakoff and Slomka, P.C.
Attorney for Debtor
2859 Paces Ferry Road, SE
Suite 1700
Atlanta, GA 30339
Tel. 404-800-4001

```
Label Matrix for local noticing          Bridgecrest                              Capital One NA
113E-1                                   PO Box 29018                             c/o Becket and Lee LLP
Case 18-62379-wlh                        Phoenix, AZ 85038-9018                   PO Box 3001
Northern District of Georgia             Via Fax: 866-397-8201                    Malvern, PA 19355-0701
Atlanta
Fri Jul 27 10:37:07 EDT 2018

Credit First                             Dept Of Ed/navient                       Enhanced Recovery Co L
PO Box 81315                             Po Box 9635                              8014 Bayberry Rd
Cleveland, OH 44181-0315                 Wilkes Barre, PA 18773-9635              Jacksonville, FL 32256-7412
                                                                                  Via Email: customercare@ercbpo.com

Frankie Riley                            Fulton County Tax Commissioner           (p)GEORGIA DEPARTMENT OF REVENUE
600 West Handy Drive NW                  141 Pryor Street                         COMPLIANCE DIVISION
Atlanta, GA 30318-7251                   Atlanta, GA 30303-3446                   ARCS BANKRUPTCY
                                                                                  1800 CENTURY BLVD NE SUITE 9100
                                                                                  ATLANTA GA 30345-3202
                                                                                  Via Fax: 404-417-2101

Havertys Furniture                       IRS                                      Kay Jewelers
PO Box 5787                              401 W Peachtree Street NW                375 Ghent Rd
Chattanooga, TN 37406-0787               Atlanta, GA 30308                        Fairlawn, OH 44333-4600
Via Fax: 404-443-4309                                                             Via Fax: 614-729-5290

Kohls/Capital One                        National Credit Adjuster                 Nationstar/mr Cooper
PO Box 3115                              327 W 4th Avenue                         8950 Cypress Waters Blvd
Milwaukee, WI 53201-3115                 Hutchinson, KS 67501-4842                Coppell, TX 75019-4620
Via Fax: 262-703-6802                    Via Fax: 620-664-5947                    Via Fax: 972-459-1611
                                                                                  Via Email: researchmcowing@mrcooper.com

Quantam 3 Group, LLC                     Stanley Gene Riley                       Howard P. Slomka
PO Box 788                               600 West Handy Drive NW                  Slipakoff & Slomka, PC
Kirkland, WA 98083-0788                  Atlanta, GA 30318-7251                   Overlook III - Suite 1700
                                                                                  2859 Paces Ferry Rd, SE
                                                                                  Atlanta, GA 30339-6213

(p)SPRINGLEAF FINANCIAL SERVICES         Syncb/Sams                               Syncb/care Credit
P O BOX 3251                             PO Box 965005                            C/o Po Box 965036
EVANSVILLE IN 47731-3251                 Orlando, FL 32896-5005                   Orlando, FL 32896-0001
Via Fax: 812-468-5442 +                  Via Fax: 866-433-6076                    Via Fax: 866-433-6076
       812-477-7605

Syncb/jcp                                (p)TMX FINANCE LLC FORMERLY TITLEMAX     Vesta Holdings, LLC
Po Box 965007                            15 BULL STREET                           1266 West Paces Ferry Rd
Orlando, FL 32896-5007                   SUITE 200                                Suite 517
Via Fax: 866-433-6076                    SAVANNAH GA 31401-2686                   Atlanta, GA 30327-2306
                                                                                  Via Email: contact@investaservices.com

Vistuoso Sourcing Group                  WF Financial                             Wells Fargo
4500 Cherry Creek South Dr.              PO Box 29704                             PO Box 5058
Denver, CO 80246-1500                    Phoenix, AZ 85038-9704                   Portland, OR 97208-5058
Via Email: supplier@virtuososourcing.com Via Email: HF@bankruptcyc13@wellsfargo.com

Nancy J. Whaley
Nancy J. Whaley, Standing Ch. 13 Trustee
303 Peachtree Center Avenue
Suite 120, Suntrust Garden Plaza
Atlanta, GA 30303-1216
```