# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO.: 18-62379-WLH |
| | ) | |
| STANLEY GENE RILEY | ) | |
| | ) | CHAPTER 13 |
| Debtor. | ) | |

## CERTIFICATE OF SERVICE

I, Howard P. Slomka, attorney for Debtor, certify that the below listed parties and the attached service list have been served with a true and correct copy of the Order and Notice of Hearing (Doc. No. 10) by email, fax or overnight mail as indicated.

Nancy J. Whaley, 13 Trustee (served via ECF)
Suite 120
303 Peachtree Center Avenue
Atlanta, GA 30303

U. S. Attorney (served via ECF)
600 Richard B. Russell Bldg.
75 Ted Turner Drive, SW
Atlanta GA 30303

Stanley Gene Riley
2873 Collier Dr. NW
Atlanta, GA 30318
(stanriley41@yahoo.com)

Quantum3 Group LLC as agent for
Sterling Jewelers Inc
PO Box 788
Kirkland, WA 98083-0788
Attn: Neville Strandberg
(claims@quantum3group.com)

Department of the Treasury
Internal Revenue Service
P.O. Box 7346
Philadelphia PA 19101-7346
(served via fax at 855-814-0583 and 855-821-1194)

Internal Revenue Service
401 W PEACHTREE ST, NW
RM 1665, STOP 334-D
ATLANTA GA 30308
ATTN: OLGUIMAR GARCIA
(served via fax at 855-814-0583 and 855-821-1194)

Credit First NA
PO Box 818011
Cleveland, OH 44181
(waldroplinda@cfna.com)

Credit First NA
6275 Eastland Rd
Brook Park, OH 44142
Attn: Linda Waldrop
(waldroplinda@cfna.com)

Capital One NA
c/o Becket and Lee LLP
PO Box 3001
Malvern PA 19355-0701
Attn: Shraddha Bharatia
(proofofclaim@becket-lee.com)

U.S. Bank National Association
c/o Nationstar Mortgage LLC
PO Box 619096
Dallas, TX 75261-9741
(served Via Fax at 972-459-1611)

Aldridge Pite, LLP
4375 Jutland Drive
Suite 200 P.O. Box 17933
San Diego, CA 92177-0933
Attn: Aaron R. Anglin
(Via fax at (888) 873-6147; email at aanglin@aldridgepite.com)

Aldridge Pite, LLP
3575 Piedmont Road, N.E.
Suite 500
Atlanta GA 30305
Attn: Bryce Noel, Brian K. Jordan and Radha Gordon
(Via fax at (888) 873-6147; email at rgordon@aldridgepite.com; bnoel@aldridgepite.com and bjordan@aldridgepite.com)

Navient Solutions, Inc. on behalf of
Department of Education Loan Services
PO BOX 9635
Wilkes-Barre, PA 18773-9635
(Via Fax at 855-281-1771 and 800-848-1949; email POC_requests@navient.com)

Navient Solutions, Inc.
220 Lasley Ave
Wilkes-Barre, PA 18706
Attn: Jennifer R Musial and Thomas Nallon
(Via Fax at 855-281-1771 and 800-848-1949; email POC_requests@navient.com)

Wells Fargo Bank
PO Box 5058 MAC P6053-021
Portland, OR 97208
Attn: Selina Tu
(served via email at HEQBANKRUPTCYCH13@wellsfargo.com)

JEFFERSON CAPITAL SYSTEMS LLC
PO Box 7999
St Cloud MN 56302
Attn: Karen Borgmann and Shelbey Jurek
(Bankruptcy@JCAP.com)

Nationstar Mortgage LLC
c/o McCALLA RAYMER PIERCE, LLC
Bankruptcy Department
1544 Old Alabama Road
Roswell, GA 30076
Attn: A. Michelle Hart Ippoliti
(Michelle.Ippoliti@mccalla.com)

Quantum3 Group LLC as agent for
Sadino Funding LLC
PO Box 788
Kirkland, WA 98083-0788
Attn: Fran Rosello and Kayla Klabunde
(claims@quantum3group.com)

Fulton County Tax Commissioner
141 Pryor Street, Suite 1111
Atlanta, GA 30303
Attn: D. Pitts
(Via Fax at 404-612-3161)

INVESTA SERVICES FOR GSRAN-Z, LLC
1266 WEST PACES FERRY RD
BOX 517
ATLANTA, GA 30327
ATTN: JOHN E. RAMSEY
(ramsey@investaservices.com)

Ashley Funding Services, LLC
Laboratory Corp. of America Holdings
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587
Attn: Deanna Gambrell
(askbk@resurgent.com)

TitleMax of Georgia, Inc. d/b/a TitleBucks
15 Bull Street, Suite 200
Savannah, GA 31401
Attn: Ebony Thomas
(bankruptcy@titlemax.com)

Synchrony Bank
c/o PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541
(Via fax at (757) 351-3257; email claims@recoverycorp.com)

INVESTA SERVICES FOR GSRAN-Z, LLC
c/o The McDeer Firm
4355 Cobb Parkway, Suite J-505
Atlanta, GA 30339
Attn: John E. Ramsey and Alice S. McQuade
(ramsey@investaservices.com and alicemcquade@investaservices.com)

Nationstar Mortgage LLC
c/o RAS Crane, LLC
10700 Abbott's Bridge Road, Suite 170
Duluth, GA 30097
Attn: Cristina DiGiannantonio
(cdigiannantonio@rascrane.com)


SEE ATTACHED FOR ADDITIONAL CREDITORS. ALL OTHER CREDITORS
WERE SERVED EITHER VIA FAX OR EMAIL.

Dated: July 27, 2018

    /s/
Howard Slomka, Esq.
Georgia Bar #652875
Attorney for Debtor
Slipakoff & Slomka, PC
2859 Paces Ferry Rd, SE
17th Floor
Atlanta, GA 30339

Label Matrix for local noticing
113E-1
Case 18-62379-wlh
Northern District of Georgia
Atlanta
Fri Jul 27 10:37:07 EDT 2018

Bridgecrest
PO Box 29018
Phoenix, AZ 85038-9018
Via Fax: 866-327-8201

Capital One NA
c/o Becket and Lee LLP
PO Box 3001
Malvern, PA 19355-0701

Credit First
PO Box 81315
Cleveland, OH 44181-0315

Dept Of Ed/navient
Po Box 9635
Wilkes Barre, PA 18773-9635

Enhanced Recovery Co L
8014 Bayberry Rd
Jacksonville, FL 32256-7412
Via Email: customercare@ercbpo.com

Frankie Riley
600 West Handy Drive NW
Atlanta, GA 30318-7251

Fulton County Tax Commissioner
141 Pryor Street
Atlanta, GA 30303-3446

(p)GEORGIA DEPARTMENT OF REVENUE
COMPLIANCE DIVISION
ARCS BANKRUPTCY
1800 CENTURY BLVD NE SUITE 9100
ATLANTA GA 30345-3202
Via Fax: 404-417-2101

Havertys Furniture
PO Box 5787
Chattanooga, TN 37406-0787
Via Fax: 404-443-4309

IRS
401 W Peachtree Street NW
Atlanta, GA 30308

Kay Jewelers
375 Ghent Rd
Fairlawn, OH 44333-4600
Via Fax: 614-729-5290

Kohls/Capital One
PO Box 3115
Milwaukee, WI 53201-3115
Via Fax: 262-703-6802

National Credit Adjuster
327 W 4th Avenue
Hutchinson, KS 67501-4842
Via Fax: 620-664-5947

Nationstar/mr Cooper
8950 Cypress Waters Blvd
Coppell, TX 75019-4620
Via Fax: 972-459-1611
Via Email: research.incoming@mrcooper.com

Quantam 3 Group, LLC
PO Box 788
Kirkland, WA 98083-0788

Stanley Gene Riley
600 West Handy Drive NW
Atlanta, GA 30318-7251

Howard P. Slomka
Slipakoff & Slomka, PC
Overlook III - Suite 1700
2859 Paces Ferry Rd, SE
Atlanta, GA 30339-6213

(p)SPRINGLEAF FINANCIAL SERVICES
P O BOX 3251
EVANSVILLE IN 47731-3251
Via Fax 812-468-5442 +
812-477-7605

Syncb/Sams
PO Box 965005
Orlando, FL 32896-5005
Via Fax: 866-433-6076

Syncb/care Credit
C/o Po Box 965036
Orlando, FL 32896-0001
Via Fax: 866-433-6076

Syncb/jcp
Po Box 965007
Orlando, FL 32896-5007
Via Fax: 866-433-6076

(p)TMX FINANCE LLC FORMERLY TITLEMAX
15 BULL STREET
SUITE 200
SAVANNAH GA 31401-2686

Vesta Holdings, LLC
1266 West Paces Ferry Rd
Suite 517
Atlanta, GA 30327-2306
Via Email: contact@investaservices.com

Vistuoso Sourcing Group
4500 Cherry Creek South Dr.
Denver, CO 80246-1500
Via Email: supplier@virtuososourcing.com

WF Financial
PO Box 29704
Phoenix, AZ 85038-9704
Via Email: HE@bankruptcyc13@wellsfargo.com

Wells Fargo
PO Box 5058
Portland, OR 97208-5058

Nancy J. Whaley
Nancy J. Whaley, Standing Ch. 13 Trustee
303 Peachtree Center Avenue
Suite 120, Suntrust Garden Plaza
Atlanta, GA 30303-1216

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Georgia Department of Revenue<br>1800 Century Blvd<br>Suite 17200<br>Atlanta, GA 30345 | Springleaf Financial S<br>Po Box 969<br>Evansville, IN 47706 | Title Bucks<br>15 Bull Street<br>Suite 200<br>Savannah, GA 31401 |

End of Label Matrix
Mailable recipients   27
Bypassed recipients    0
Total                 27